■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE CROSBY, Appellant. [16 NYS3d 764]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (Berry, J.), imposed October 7, 2013, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's waiver of his right to appeal was invalid (*see People v Finnegan*, 112 AD3d 847 [2013]; *People v Gil*, 109 AD3d 484 [2013]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Hall, Austin and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE DANIELS, Appellant. [16 NYS3d 766]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 20, 2013 (*People v Daniels*, 111 AD3d 847 [2013]), affirming a judgment of the Supreme Court, Kings County, rendered May 26, 2010.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Chambers, Hall and Hinds-Radix, JJ., concur.